**FILED**
**NOVEMBER 16, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6529**

| | |
|---|---|
| CITY OF ST. PETERSBURG, ET AL., | : |
| Plaintiffs, | : |
| v. | : |
| TOTAL CONTAINMENT, INC., ET AL., | : |
| Defendants. | : |
| UNDERWRITERS LABORATORIES INC. | : |
| Non-party movant | : |

**JUDGE MORAN**
**MAGISTRATE JUDGE BROWN**

**LI**
Filed in conjunction with:
1:06-cv-20953-JAL (SD of FL)

## LOCAL RULE 3.2 DISCLOSURE STATEMENT OF UNDERWRITERS LABORATORIES INC.

Pursuant to Local Rule 3.2, defendant Underwriters Laboratories Inc. ("UL") submits the following statement. UL is an independent, not-for-profit corporation that has no parent corporation, nor is there any publicly held company that is an affiliate of UL.

Respectfully submitted,

/s/ Columbus R. Gangemi, Jr.

>Columbus R. Gangemi, Jr.
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, IL   60601
>(312) 558-5628
>**Attorneys for Underwriters Laboratories, Inc.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 16th day of November, 2007, served a copy of the foregoing pleading on attorney R. Edwin Lamberth, by electronic mail and/or mailing the same by United States mail, properly addressed, and first class postage prepaid.

>/s/ Columbus R. Gangemi, Jr.